IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GEORGE WILLIAM MCNABB, III,
    Plaintiff,

vs.                                    Case No.: 3:17cv7/RV/EMT

CHIP SIMMONS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated February 8, 2017, Plaintiff was given thirty (30) days in which to file an amended complaint (*see* ECF No. 5). Plaintiff failed to file an amended complaint by the deadline; therefore, on March 17, 2017, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 7). The show cause order was returned by the Walton County Jail (Plaintiff's address of record when he filed his complaint) as undeliverable, with no forwarding address (*see* ECF No. 8). The deadline for a response to the show cause order has passed, and Plaintiff has not filed an amended complaint or explained his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 19th day of April 2017.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.